IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE CEDELL HARMON,

    Plaintiff,                    No. CIV S-07-1495 LEW JFM P

    vs.

Warden D.K. SISTO, et al.,

    Defendants.

_____/        <u>ORDER</u>

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of July 25, 2007.  Good cause appearing, his request for extension of time will be granted.  Plaintiff will also be granted an extension of time in which to file an in forma pauperis affidavit or pay the required filing fee.  28 U.S.C. §§ 1914(a), 1915(a).

        In addition, plaintiff seeks a court order requiring prison officials to allow plaintiff ten hours of physical access to the law library every week, specifically, two hours per day Tuesdays through Saturdays.  Plaintiff contends that the paging system at CSP-Solano is insufficient and unconstitutional because all other types of law library access are denied and other inmates are not allowed to assist him in accessing the law library despite Title 15 § 3613 which permits such assistance.  Good cause appearing, the court will direct the Office of the Attorney General to respond to plaintiff's allegations concerning law library access.

1   IT IS HEREBY ORDERED that:

2   1. Plaintiff's August 29, 2007 motion for an extension of time is granted.

3   2. On or before October 5, 2007, plaintiff shall:

4   a. File an amended complaint that complies with this court's July 25, 2007 order; and

6   b. File a completed in forma pauperis affidavit or pay the required filing fee.

8   3. The Clerk of the Court is directed to send Monica Anderson, Supervising Deputy Attorney General, a copy of plaintiff's August 29, 2007 motion. (Docket No. 4.)

10  4. The Office of the Attorney General is directed to respond to plaintiff's allegations concerning law library access on or before the close of business October 5, 2007.

DATED: September 12, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/mp/001
harm1495.36