IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE CEDELL HARMON,

    Plaintiff,                               No. CIV S-07-1495 LEW JFM P

    vs.

WARDEN D.K. SISTO, et al.,

    Defendants.                    FINDINGS & RECOMMENDATIONS

_____/

        By order filed July 25, 2007, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Plaintiff was also directed to file a completed in forma pauperis affidavit or pay the required filing fee. On September 13, 2007, plaintiff was granted an extension of time, until October 5, 2007, in which to comply with the July 25 order. That date has now passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.[1]

/////

---

[1] On October 5, 2007, defendants responded to plaintiff's contentions concerning access to the law library. Defendants confirmed that plaintiff was "verified to have a court deadline within the next 30 days and was granted PLU status through October 5, 2007. . . . Nonetheless, according to law library records, since Harmon's designation as a PLU, inmate Harmon has not requested physical access to the law library." (Id. at 4.)

1

1       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed
2 without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).
3       These findings and recommendations are submitted to the United States District
4 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
5 days after being served with these findings and recommendations, plaintiff may file written
6 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
7 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
8 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
9 F.2d 1153 (9th Cir. 1991).
10 DATED:  October 30, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

14 /001; harm1495.fta